ary 8, 1911.) Action by the Frank Presbrey Company against the H–O Company. No opinion. Order affirmed, with $10 costs and disbursements.

FREY, Appellant, v. DAWSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 25, 1911.) Action by Frank Frey against Joseph Dawson and others. No opinion. Judgment reversed, and new trial ordered, with costs to appellant to abide event. Held, that the notice under the employer's liability act (Consol. Laws, c. 31) was sufficient.

FREY, Respondent, v. SCHIEFFER, Appellant. (Supreme Court, Appellate Division, Second Department. January 20, 1911.) Action by Frances Frey against Frederick August Schieffer. No opinion. Judgment affirmed by default, with costs. See, also, 125 N. Y. Supp. 1120.

FRIEDSBERG et al., Appellants, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. February 17, 1911.) Action by Theodore Friedsberg and another against the City of New York. B. H. Arnold, for appellants. C. L. Barber, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 134 App. Div. 948, 118 N. Y. Supp. 1107.

In re FRINDEL. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) In the matter of Benjamin Frindel, an attorney. No opinion. Referee's report confirmed, except as to the charge of perjury, and respondent suspended from practice for the term of two years. See, also, 138 App. Div. 893, 122 N. Y. Supp. 1128.

GAMBIER, Respondent, v. GAMBIER, Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Edith M. Gambier against Edward V. Gambier. E. W. Hatch, for appellant. A. Van Wyck, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed.

GEIGER, Respondent, v. HANSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by John Geiger against Charles J. Hanson and another.
PER CURIAM. Motion granted, on condition that appellants perfect their appeal, place the case on the next calendar of the court, and be ready for argument when reached; otherwise, motion denied, without costs. See, also, 134 App. Div. 942, 118 N. Y. Supp. 1108.
JENKS, P. J., not sitting.

GELBER, Appellant, v. HUEG, Respondent. (Supreme Court, Appellate Division, Second

127 N.Y.S.—71

Department. February 24, 1911.) Action by Abraham Gelber against Herman Hueg, etc. No opinion. Judgment and order unanimously affirmed, with costs.

GELLER, Appellant, v. WILLIAMSBURGH TRUST CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Morris Geller against the Williamsburgh Trust Company.
PER CURIAM. Judgment of the Municipal Court affirmed, with costs.
BURR, J., taking no part.

GEORGER, Respondent, v. CLARK, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) Action by Frank L. Georger against C. Eugene Clark. No opinion. Motion to dismiss appeal granted, and appeal dismissed, without costs.

GINSBERG v. FRIEDMAN (two cases). (Supreme Court, Appellate Division, First Department. January 13, 1911.) Actions by Charles Ginsberg against Bernard Friedman. No opinion. Applications granted. Orders signed. See, also, 125 N. Y. Supp. 473.

GLENN v. PETERSON et al. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Edward J. Glenn against Sven G. Peterson and another. No opinion. Judgment affirmed, with costs.

GODEFFROY, Respondent, v. GODEFFROY, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Henriette E. Godeffroy against Adolph E. Godeffroy. N. Cohen, for appellant. H. I. Lurie, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GODLEY, Respondent, v. CRANDALL & GODLEY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Elizabeth McM. Godley against the Crandall & Godley Company and others impleaded, etc. J. J. Allen, for appellants. W. R. Osborn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOLDBERG v. WILLITS. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by Morris Goldberg against Ella O. Willits. No opinion. Motion granted, with $10 costs. Order filed.

GOLDSTEIN, Respondent, v. MOROWITZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Charles Goldstein against Benjamin Morowitz and another. No opinion. Motion granted, with $10 costs.

GOLDSTEIN, Respondent, v. SILBERLING et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 10, 1911.)

Action by Charles Goldstein against Samuel Silberling and another. No opinion. Motion denied, with $10 costs.

GOLDWASSER v. MORTON & CO. (Supreme Court, Appellate Term. February 9, 1911.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by Max Goldwasser against Morton & Co. From a judgment of the Municipal Court for plaintiff, defendant appeals. Reversed, and new trial granted. Kauffman & Herzberg (Joseph M. Herzberg, of counsel), for appellant. Samuel L. Chess (Robert H. Ernest, of counsel), for respondent.

PER CURIAM. Plaintiff sold certain goods to the defendant through a salesman named Samuel. Samuel apparently was authorized to collect payment. Both Samuel and the defendant's manager testify that all the goods were paid for. No direct contradiction of their testimony was given. The record of the plaintiff's testimony is quite unintelligible, and in its present state fails to disclose any reasonable ground for the complete disregard for the testimony produced by the defendant. Under these circumstances it seems to us that judgment should be reversed, and a new trial granted, with costs to appellant to abide the event.

In re GOTTHOLD. (Supreme Court, Appellate Division, First Department. October 14, 1910.) In the matter of Arthur F. Gotthold. No opinion. Motion to dismiss appeal denied, without costs. Order filed. See, also, 125 N. Y. Supp. 1122.

In re GOULD. (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) In the matter of application of Lillian A. Gould for an inspection of the books, etc., of the Gould Coupler Company.

PER CURIAM. Order affirmed, with costs.
KRUSE and ROBSON, JJ., dissent, and vote for modification.

GRANT, Respondent, v. ATLANTIC TERRA COTTA CO., Appellant. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by De Forest Grant against the Atlantic Terra Cotta Company. G. Sumner, for appellant. J. M. Perry, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GREEN, Respondent, v. MUSIC HOUSE OF LAEMMLE, Appellant. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by George J. Green against the Music House of Laemmle. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, for error in admitting in evidence plaintiff's Exhibits 2, 4, and 5.

GRIFFIN v. BRADY. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by George W. Griffin against Daniel M. Brady. No opinion. Motion denied, with $10 costs. Order filed. See, also, 126 N. Y. Supp. 1130.

GRIFFIN, Appellant, v. NATIONAL LICORICE CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Loretta Griffin, an infant, by Honora Griffin, her guardian ad litem, against the National Licorice Company.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD, J., dissents.

GRILL, Respondent, v. DUBROFF, Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Action by William J. Grill against Morris A. Dubroff. No opinion. Order of the Municipal Court affirmed, with costs. See, also, 139 App. Div. 917, 124 N. Y. Supp. 1116.

GRIMES, Respondent, v. CARLIN, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Eleanor L. Grimes against Patrick J. Carlin. No opinion. Judgment of the Municipal Court affirmed, with costs.

GRUNDFAST, Respondent, v. RATNER, Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Action by Max Grundfast against Aaron Ratner. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

GUARDIAN TRUST CO., Respondent, v. UNITED ENGINEERING & CONSTRUCTION CO., Appellant. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by the Guardian Trust Company against the United Engineering & Construction Company. S. P. Anderton, for appellant. H. D. Hotchkiss, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GUGEL et al., Respondents, v. HISCOX et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by May M. Gugel and another against Everett S. Hiscox and another. No opinion. Motion granted. Settle order before Mr. Justice Thomas. See, also, 138 App. Div. 61, 122 N. Y. Supp. 557.

GUINSBURG v. JOSEPH. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Edwin Guinsburg against Julius Joseph. No opinion. Motion denied, with $10 costs. Order filed.

GULLIKSEN, Appellant, v. BRYN, Respondent. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Andrew G. Gulliksen against Johanne Bryn. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the ad-